RECEIVED
SDNY PRO SE OFFICE

2024 DEC 11 AM 8:44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Members of Representitives of class Action:
Andre Antrobus 110 24 00231 chr. of Bd mem Rep et Al
Kashior Smith, William Hernandez & c/o of 2017
ED.U.C.

_____CV_____
(Include case number if one has been assigned)

Write the full name of each plaintiff.

CLASS Action
COMPLAINT
(Prisoner)

-against-

Department of corrections NYC
New York city & Et AL
of unknown officers,
Employees and Council

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

Excuses how we used this form for no class action we hardly get to use

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

[x] Violation of my federal constitutional rights

[x] Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____  _____  _____
First Name       Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

GRVC Rikers Island
Current Place of Detention

09-09 Hazen St
Institutional Address

East Elmhurst    NY    11370
County, City    State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[x] Pretrial detainee 5
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[ ] Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Department of corrections NYC
First Name / Last Name / Shield #

Bulova Bldg Head qauters
Current Job Title (or other identifying information)

75-20 Astoria blvd
Current Work Address

East Elmhurst NY 11370
County, City / State / Zip Code

Defendant 2: New york city
First Name / Last Name / Shield #

City Hall park
Current Job Title (or other identifying information)

New York NY 10007
Current Work Address
County, City / State / Zip Code

Defendant 3: GRVC   unknown
First Name / Last Name / Shield #

09-09 Hazen st
Current Job Title (or other identifying information)

East Elmhurst NY 11370
Current Work Address
County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address
County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: GRVC 7-31-24 to 10-27-24

Date(s) of occurrence: 7-31-24, 8-10-24, 8-20-24, 9-1-24, 9-15-24 etc etc etc and before

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

It is clear retaliation and fabricating laws & rules orally. Andre Antrobus was talking to Justina Rowenski of testifying at his false arrests case thats violating the equal protection Act, APA, 8m+t 42 CFR 483. and etc plus N.Y.C.R.R cause it's a thousands of fights a year between patients and no one goes to jail. But Mr Antrobus did in a Psych unit also the first statement, prompt outcry and excited utterance of the so call victim Israel Ink incira towards diagnosis is he denies altercation, pain, injury distress, uncomfortability and etc. corraberated by MRI & ct scan which N.Y.G court of Appeals state people lie cameras don't and indisputable and on 2-27-24 Quirk ordered the D.A. for so call victim Ankicira to testify at trial when never gave a complaint or statement so Mr Antrobus was talking to Justine Bowenski on talking and testifying and Retaliation Detainees go through and they locked him in the cell for 3 days first time out of several 2) locked up Mr Bussey several times in his cell for weeks for out burst 3) locked up Diaz and he smeared feces on cell walls and windows 4) locked up 7 cell for several weeks smearing feces no shower or food given to him

Page 4

3) locked on Rotobus again cause he stated you can't lock mental health patients in the cell, its against the law and patients rights plus she is condemned; but you still do! 4) locked up smith for defending himself from stabbing by inmate williams on gynder cctv footage (williams was not arrested and he stabbed inmate smith and smith was locked in 5) Rashaan Miller was locked in 6) Mr williams 17 cell was locked in when City Council came to check; when D.O.C lied stated people don't get locked in alerted by Howard and Antrobus Also it the Retaliato against employees what about us Justina Ksert

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Extreme Distress, Decompensation, mental Anguish, mental and Emotional Stress

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Class action we represent all mental health on Rikers Island;

35,000,000.00 punitive Damages
28,000,000.00 compensative Damages

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11-27-24     Plaintiff's Signature: [signature]

Rep. of mom, class act.

First Name: Andre     Middle Initial: [blank]     Last Name: Antrobus

Prison Address: 09 09 Hazen St

County, City: East Elmhurst     State: NY     Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 11-27-24

